United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jonathan Lewis, Plaintiff, | ) |
| v. | ) |
| | ) Case No. 19-61453-Civ-Scola |
| Florida Department of Corrections, Defendant. | ) |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On June 24, 2019, Judge Reid issued a report, recommending that Plaintiff Jonathan Lewis's 42 U.S.C. § 1983 lawsuit be dismissed. (Report of Magistrate, ECF No. 7.) Lewis has not objected to the report and the time to do so has long since passed.

The Court has considered—de novo—Judge Reid's report, the record, and the relevant legal authorities. Judge Reid explains that Lewis is a "three-strike" filer, as provided for under 28 U.S.C. § 1915(g), and therefore cannot proceed *in forma pauperis* unless he can show he is under imminent danger of serious physical injury. As described by Judge Reid, Lewis's allegations do not support a reasonable inference that he is in imminent danger of serious physical injury and therefore are insufficient to invoke § 1915(g)'s exception to the three-strike rule.

The Court finds Judge Reid's report and recommendation cogent and compelling and therefore **affirms and adopts** it in full (**ECF No. 7**). The Court thus **dismisses** Lewis's complaint without prejudice. The Court directs the Clerk to **close** this case. Any pending motions, including Lewis's emergency motion for a preliminary injunction (**ECF No. 4**), are **denied as moot**.

**Done and Ordered** at Miami, Florida, on August 22, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

Copy via U.S. mail to:
Jonathan Lewis, #131900598
Broward County Main Jail
Inmate Mail/Parcels
Post Office Box 9356
Fort Lauderdale, FL 33310