United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jonathan Lewis, Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-61453-Civ-Scola |
| | ) |
| Florida Department of Corrections, Defendant. | ) |

### Second Order Denying Motion to Proceed *In Forma Pauperis* on Appeal

Plaintiff Jonathan Lewis, a restricted filer, proceeding pro se, as an inmate at the North Broward Detention Center, has filed what he captions "Emergency Motion to Proceed *In Forma Pauperis* on Appeal and Motion for Reconsideration." (ECF No. 31.) Lewis's case was dismissed and closed almost a year ago. (ECF No. 8.) Two months after the Court dismissed his case, Lewis filed dozens of motions, in this case and another, 19-cv-61431-RS. This Court summarily denied the motions filed in this case and directed the Clerk not to accept any future filings from Lewis in this case except for a notice of appeal or a motion to proceed *in forma pauperis*. (ECF No. 21.) Three months later, Lewis attempted to appeal his case, submitting, as well, what he captioned an emergency motion for leave to appeal *in forma pauperis*. (ECF Nos. 24, 25.) The Court denied his motion to proceed *in forma pauperis* and the Eleventh Circuit has since dismissed his appeal, in February 2020, for want of prosecution. (ECF No. 30.)

After review, the Court **denies** Lewis's motion (**ECF No. 31**). Although Lewis captions his filing as an emergency motion to proceed on appeal *in forma pauperis*, it is not. Instead, his filing, to the extent the Court can discern, merely rehashes many of the grievances he has raised before. It appears Lewis simply labeled it a motion to proceed *in forma pauperis* so that it would be processed by the Clerk and placed on the docket. This type of filing unnecessarily burdens both the Clerk's office as well as the Court.

The Court therefore **amends its restrictions** on Lewis's filings. As before, the Clerk is directed **not to accept any future filings from Lewis in this case except for a notice of appeal or a motion to proceed *in forma pauperis* on appeal**. (*See*, Omnibus Order, ECF No. 21.) However, in order for the Clerk to accept a motion to proceed *in forma pauperis* from Lewis, Lewis must first get permission from the Court. If the Court denies him permission, the Clerk is directed to return the filing to Lewis, undocketed.

The Clerk is directed to **mail** a copy of this order to Lewis at the address

listed below.

**Done and Ordered** in Miami, Florida, on August 6, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

**Copy via U.S. mail to**:
Jonathan Lewis, #131900598
Broward County Jail-NBB
Inmate Mail/Parcels
Post Office Box 407037
Fort Lauderdale, FL 33340